UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Joseph Bergeron, Jr.

   v.

State of NH

Case No. 18-cv-526-SM

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 3, 2018, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion to Merge Cases & Change Venue to the Federal District Court (doc. no. 5) and Motion for Hearing (doc. no. 7) are denied as moot. The Clerk of Court shall enter judgment in accordance with this order and close the case.

                                            Steven J. McAuliffe
                                            United States District Judge

Date: December 21, 2018

cc:  Michael J. Bergeron, Jr., pro se